EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PEDRO MEDEROS, on behalf of himself and others similarly situated,<br>Plaintiff,<br><br>v.<br><br>POWERSOL USA, LLC,<br>Defendant. | Case No. 1:23-cv-24228-XXXX<br><br>COMPLAINT – CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF JOSEPH KENNEY OF POWERSOL USA LLC

The undersigned JOSEPH KENNEY, being first duly cautioned and sworn, deposes and says:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the matters set forth herein.

2. I am the managing member of POWERSOL USA LLC.

3. PLAINTIFF PEDRO MEDEROS alleges that there is at least one class member who is a resident of a state other than Florida, who PLAINTIFF alleges POWERSOL improperly called, either because a) POWERSOL used an autodialer or b) POWERSOL called a person on the Florida do not call list.

4. The allegations described in ¶3 are not true, because POWERSOL does not, and has not ever, made calls to persons outside of Florida to attempt to sell its products and services, contrary to the allegations of the complaint and amended complaint. POWERSOL is a Florida company that only does business in Florida.

1

5. POWERSOL does not own or operate, and has not ever owned or operated "an automated system for the selection or dialing of telephone numbers or the playing of a recorded message when a connection is completed", as described and regulated in §501.059(8), Fla. Stat., the statute on which Count I of the complaint and amended complaint in this action are based.

6. POWERSOL does not own, and has not ever owned, an autodialer or a Vicidialer as alleged in Count I of the complaint and amended complaint.

7. The phone number alleged in the complaint and amended complaint to be POWERSOL's -- 586-203-8652 – is not a number owned or used by POWERSOL.

### Count I Facts – Alleged Use of AutoDialer or ViciDialer

8. Count I of the amended complaint alleges that POWERSOL used an "autodialer" called a ViciDialer to call PLAINTIFF. See amended complaint, ¶¶ 24-26. PLAINTIFF alleges that POWERSOL called him using a ViciDialer because the Spetmebr 28, 2023 and October 2, 2023 calls started with silence before a "bloop" sound and an agent joining the line. The sign is indicative of a ViciDial autodialer.

9. POWERSOL did not call PLAINTIFF using an autodialer or a Vicidial. POWERSOL did not own or use an autodialer or ViciDial at the time of any of the alleged calls to PLAINTIFF, nor at any time at all. Therefore the fundamental factual allegations of Count I – that POWERSOL called PLAINTIFF using an autodialer -- are untrue.

### Count II Facts – Alleged Call To A Residential Number

10. The phone number which PLAINTIFF claims POWERSOL called him at is listed as a phone number for E & B Dumplings, a commercial restaurant listing. See exhibit 1. POWERSOL did not have reason to believe the number was a residential number.

2

11. During one of the phone calls alleged, PLAINTIFF told the caller for POWERSOL that he was busy because the call was during the "lunch rush" This is indicative that the phone number was a commercial number, i.e., a restaurant, not a residential number.

<u>Count III Facts – POWERSOL Did Not Do Any Act Prohibited By 47 USC § 227</u>

12. POWERSOL did not, with respect to PLAINTIFF, at any time alleged in the amended complain, do any of the following thigs prohibited by 47 USC § 227(b)(1)(A):

"(b)Restrictions on use of automated telephone equipment

(1)Prohibitions

It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

(A)to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

(i)to any emergency telephone line (including any "911" line and any emergency line of a hospital, medical physician or service office, health care facility, poison control center, or fire protection or law enforcement agency);

(ii)to the telephone line of any guest room or patient room of a hospital, health care facility, elderly home, or similar establishment; or

(iii)to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States;"

13. POWERSOL states that

3

a. POWERSOL did not call PLAINTIFF using any automatic telephone dialing system or an artificial or prerecorded voice;

b. POWERSOL's calls to PLAINTIFF were not calls to an "emergency telephone line "of a hospital, medical physician or service office, health care facility, poison control center, or fire protection or law enforcement agency";

c. POWERSOL's calls to PLAINTIFF were not calls to "the telephone line of any guest room or patient room of a hospital, health care facility, elderly home, or similar establishment;"

d. POWERSOL's calls to PLAINTIFF were not calls to "any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call,"

e. Accordingly, POWERSOL did not make any call to PLAINTFF that was prohibited by 47 USC § 227(b)(1) as explained above.

14. POWERSOL did not, with respect to PLAINTIFF, at any time alleged in the amended complaint, do any of the following thigs prohibited by 47 USC § 227(b)(1)(B), which are:

"(B) to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by the United States, or is exempted by rule or order by the Commission under paragraph (2)(B);"

4

a. POWESROL states that the calls alleged to PLAINTIFF were not "calls to a residential telephone line," because the number called or PLAINTIFF is registered to E & B Dumplings, a business; and

b. POWERSOL's calls to PLAINTIFF did not use "an artificial or prerecorded voice to deliver a message."

15. POWERSOL did not, with respect to PLAINTIFF, at any time alleged in the amended complaint, do any of the following thigs prohibited by 47 USC § 227(b)(1)(C), which are:

"(C) to use any telephone facsimile machine, computer, or other device to send, to a telephone facsimile machine, an unsolicited advertisement, …"

POWERSOL did not use any "telephone facsimile machine, computer, or other device to send, to a telephone facsimile machine, an unsolicited advertisement," in communicating with PLAINTFF as alleged in the amended complaint. PLAINTIFF does not allege he received a fax from POWERSOL to his fax machine.

16. POWERSOL did not, with respect to PLAINTIFF, at any time alleged in the amended complaint, do any of the following thigs prohibited by 47 USC § 227(b)(1)(D), which are:

"(D)to use an automatic telephone dialing system in such a way that two or more telephone lines of a multi-line business are engaged simultaneously."

As POWERSOL stated above, POWERSOL did not own or use an automatic telephone dialing system to call PLAINTIFF, and did not do so "in such a way that two or more telephone lines of a multi-line business are engaged simultaneously."

Count III Safe Harbor Defense

17. Continuously at the relevant times, and now, POWERSOL had established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation 47 USC § 227. The procedures to prevent calls to persons on the do not call list include employee training and instruction in the included instructions in the employee training manual.

With respect to the matters addressed in this affidavit, further affiant sayeth naught.

*Joseph Kenney*

**JOSEPH KENNEY**

STATE OF FLORIDA

COUNTY OF *Hillsborough*

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this *24th* day of April, 2024 , by JOSEPH KENNEY .

(Signature of Notary Public – State of Florida) *Christina Kenney*

(Print, Type, or Stamp Commissioned Name of Notary Public)

☑ Personally Known OR Produced Identification

Type of Identification Produced



Christina Kenney
Comm.: HH 337280
Expires: December 1, 2026
Notary Public - State of Florida

6

 e & P dmplngs miami

All   Images   Maps   News   Shopping   Forums   Web   : More        Tools

Showing results for **e & P dumplings miami**
Search instead for e & P dmplngs miami

**Flickr**
https://www.flickr.com › photos › foodforthoughtmiami

**E&P Dumplings 6907 South Red - Miami**
Feb 18, 2021 — **E&P Dumplings**. 6907 South Red Road, Coral Gables, Florida. 305.904.0535. food for thought **miami**. twitter: @frodnesor. instagram: @frodnesor.

**Facebook · The Hungry Post**
2 reactions · 3 years ago

**THE DUMPLING POP-UP YOU NEED TO TRY ...**
... **Miami's** Threefold Cafe ... Chefs Evan Burgess and Pedro Mederos put the **E & P** in **E&P Dumplings**, a new pop-up concept in South

**Instagram · thehungrypost**
340+ likes · 3 years ago

**The Hungry Post | 🥟 LAST WEEK TO SCORE THESE ...**
Hungries, we were so excited to hear the news that @sanguichdemiami opened a location in Gables Plaza

**Food for Thought - Miami**
https://www.foodforthoughtmiami.com › 2020/12 › the-...

**The Best Things I Ate in 2020 (Bonus Round)**
Dec 27, 2020 — A list of the best things I ate in 2020, mostly takeout in and around **Miami** ... In addition to Li's **Dim** Sum and The **Dumpling** Lady, there's also ...

**Yelp**
https://www.yelp.com › Restaurants

**TOP 10 BEST Frozen Dumplings in Miami, FL**
Top 10 Best Frozen **Dumplings** Near **Miami**, Florida ; 1. Kon Chau Restaurant. 4.2 (914 reviews). 3.0 mi. 8376 SW 40th St, **Miami**, FL 33155. (305) 553-7799 ; 2.
Missing: e P

**The Infatuation**
https://www.theinfatuation.com › miami › guides › best-...

**The 13 Best Chinese Restaurants In Miami**
Aug 24, 2023 — Here are **Miami's** 13 best Chinese restaurants, serving **dumplings**, peking duck, and lots more.

**DoorDash**
https://www.doordash.com › ... › Yip @ 1-800 Lucky

**Order Yip @ 1-800 Lucky - Miami**
Sampler that includes 2 shrimp **dumplings**, 2 Sui Mai, 2 Pork **dumplings**, 2 chicken **dumplings** and 2 veggie spring rolls. $24.90.
Rating: 4.3 · 50 votes · Price range: $$

**Instagram · salvajemiami**
30+ likes · 1 month ago

**SALVAJE MIAMI | Lobster dumplings 🦞 Exquisite ...**
Lobster **dumplings** Exquisite **Dumplings** stuffed with lobster, served on a bed of rich lobster bisque, and topped with crispy wonton and micro ...



**E&P DMPLNGS**

Directions   Save   Menu

5.0      3 Google reviews
Restaurant

**Located in:** Red Sunset Building
**Address:** 6907 S Red Rd, Coral Gables, FL 33146
**Hours:** Closed · Opens 6PM Thu ▾
**Phone:** (305) 90█████

Suggest an edit · Own this business?

**Add missing information**
Add website

**Questions & answers**
Be the first to ask a question

**Reviews** ⓘ                    Write a review

J    "**Dumplings** are very tasty too"

A    "Highly recommend it."

View all Google reviews

**People also search for**

Wu's Kitchen & Wines — Chinese
Ohho Noodles Market — Chinese Noodles
Yip Doral — Dim Sum
Em's Restaurant — Chinese

About this data

TikTok · Josiah Eats
176.5K+ views · 4 years ago

**Dumpling King in North Miami! Follow for Part 9! #foryou # ...**

why you're coming here is for the pan fried **dumplings**, which are massive. but also super affordable. This is also one of the few spots in **Miami**.

DoorDash
https://www.doordash.com › ... › Serious Dumplings

**Order Serious Dumplings - North Miami, FL Menu Delivery ...**

Get delivery or takeout from Serious **Dumplings** at 13200 Biscayne Boulevard in North **Miami**. Order online and track your order live. No delivery fee on your ...

Rating: 4.5 · 50 votes · Price range: $$

**People also search for**

E & p dumplings miami **reviews**

E & p dumplings miami **locations**

E & p dumplings miami **menu**

1  2  3  4  5  6  7  8  9  10    Next

Central Business District, Orlando, FL - From your device - Update location