EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PEDRO MEDEROS, on behalf of himself and others similarly situated, Plaintiff, | : : : : : | Case No. 1:23-cv-24228-XXXX<br><br>COMPLAINT – CLASS ACTION |
| v. | : : | JURY TRIAL DEMANDED |
| POWERSOL USA, LLC, Defendant. | : : : : | |

## Affidavit of Karl Peters

COMES NOW the undersigned affiant Karl Peters, who being duly cautioned and sworn, deposes and says:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the matters set forth herein.

2. At all relevant times I was a 1099 independent contractor in the business of placing persons seeking solar power projects with companies that could provide the services.

3. For commercial solar power projects in Florida, I would notify Powersol of prospective customers.

4. In early 2023, I had a few conversations with Mr. Pedro Mederos, during which he expressed what appeared to me to be genuine interest in solar power systems for purchase.

5. Mr. Mederos asked that I follow up with him in six months toward the end of the year to discuss the potential of a commercial solar project. Because of this request, I believed Mr Mederos was a genuine prospective customer.

6. Therefore, I documented this request and made a note to follow up with him in six months.

7. To ensure continuity and follow through on Mr. Mederos' request, I provided his contact details to Robb Hadley of Powersol. I gave the information to Mr. Hadley of Powersol, because Powersol sells commercial building solar power systems.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF FLORIDA
COUNTY OF Hillsborough

_Karl Peters 7/30/24_

Sworn to (or affirmed) and subscribed before me this 30th day of July, 2024, by Karl Peters (Name of Person Making Statement).

(Seal)

Christina Kenney
Comm.: HH 337280
Expires: December 1, 2026
Notary Public - State of Florida

_Signature of Notary Public_

Christina Kenney
Print, Type or Stamp Name of Notary

Personally Known: X
OR Produced Identification: ___
Type of Identification Produced: ___